# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Gary Debenedetto,

Case No. 19-cv-2110 (SRN/ECW)

        Plaintiff,

v.

**ORDER**

Warden S. Kallis,

        Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated August 20, 2019, all the files and records, and no objections having been filed to said Report and Recommendation,

      **IT IS HEREBY ORDERED** that

      1.     Debenedetto's Petition and Motion to Proceed IFP is **TRANSFERRED** to the Eastern District of North Carolina.

      2.     The Clerk of Court is directed to effect the transfer.

DATED:  September 17, 2019

                          s/Susan Richard Nelson
                          SUSAN RICHARD NELSON
                          United States District Judge